# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Altus Brands II, LLC, a  
Michigan limited liability company,

Civil No. 10-3753 (RHK/XXX)

Plaintiff,

**ORDER**

vs.

Swordfish Financial, Inc., a Minnesota  
Corporation, f/k/a Nature Vision, Inc.,

Defendant.

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: August 26, 2010

s/Richard H. Kyle  
RICHARD H. KYLE  
United States District Judge